United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 96-3464

Anthony McFarlin,      *
     *
     Plaintiff/Appellant,      *
     *
         v.      *
     *
McDonnell Douglas Corporation,      *
     *
     Defendant/Appellee.      *
----------------------------------      *
     *
Anthony McFarlin,      *    Appeal from the United States
     *    District Court for the Eastern
     Plaintiff/Appellant,      *    District of Missouri.
     *
         v.      *    [UNPUBLISHED]
     *
Jeff Ashley, Individually and in his      *
capacity as Supervisor, McDonnell      *
Douglas; McDonnell Douglas      *
Corporation,      *
     *
     Defendants/Appellees.      *
----------------------------------      *
     *
Anthony McFarlin,      *
     *
     Plaintiff/Appellant,      *
     *
         v.      *
     *

McDonnell Douglas Corporation;       *
Local Lodge 837 B, International       *
Association of Machinists and       *
Aerospace Workers,       *

         *

    Defendants/Appellees.       *

_____

Submitted: May 23, 1997
Filed: June 9, 1997

_____

Before MURPHY, HEANEY, and MAGILL, Circuit Judges.

_____

PER CURIAM.

Anthony McFarlin was fired by McDonnell Douglas Corporation in 1993, later rehired, and then terminated in 1994. McFarlin sued, claiming that McDonnell Douglas had discriminated against him on the basis of his race in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et. seq.; 42 U.S.C. § 1981; the Missouri Human Rights Act, Mo. Rev. Stat. §§ 213.010 et. seq.; and state common law.[1] The district court granted summary judgment in favor of McDonnell Douglas, and McFarlin appeals. A careful review of the record shows that McFarlin did not make a sufficient showing to withstand the motion for summary judgment. See Celotex Corp. v. Catrett, 477 U.S. 317, 322 (1986). The judgment is therefore affirmed.

_____

[1]McFarlin also sued his union and a fellow employee, but has abandoned his appeal from the summary judgment dismissing his claims against them.

A true copy.

   Attest:

      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.